*M. E. Forkner* and *E. H. Bundy,* for appellees.

---

## KEISER ET AL. *v.* YANDES.

APPEAL.—*Practice.*—*Dismissal.*—Where only a part of the judgment defendants in an action appeal, and notice of the appeal is not served on the others, the appeal will be dismissed.

APPEAL from the Marion Common Pleas.

DOWNEY, J.—The judgment, from which the appeal in this case is taken, was rendered in favor of the appellee against George Keiser, George Nichol, Amos J. King, Edward T. Sinker, Daniel Yandes, Sr., and George B. Yandes. The appeal is taken and the errors assigned by Keiser, Nichol, and King only, and there is no notice served on the other judgment defendants, as required by sec. 551, p. 270, 2 G. & H. The appeal must, for this reason, be dismissed.

Appeal dismissed, with costs.

*M. S. Robinson* and *J. W. Lovett,* for appellants.